# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Antonio Benitez | ) | Case No. 22-mj-3592-DDL |
| *Defendant* | ) | |

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
☒ to obtain/review discovery
☒ to obtain/consider a pre-indictment offer from the United States
☐ other reason:

Date: 11/18/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Camille Fenton  Bar No. 331891
*Printed name and bar number of defendant's attorney*

225 Broadway Suite 900
*Address of defendant's attorney*

camille_fenton@fd.org
*E-mail address of defendant's attorney*

619-234-8467
*Telephone number of defendant's attorney*

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to  12/15/22 9:30am  .

Date: 11/29/2022

_____
United States Magistrate Judge